CRONE HAWXHURST LLP
10880 WILSHIRE BOULEVARD, SUITE 1150
LOS ANGELES, CALIFORNIA 90024
Tel: (310) 893-5150 • Fax: (310) 893-5195

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| OVERTURE NETWORKS, INC. a Delaware corporation, | CASE NO. 3:12-cv-03439-JSW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |
| v. | |
| MICRON TECHOLOGY, INC., a Delaware corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Having considered the Parties' Stipulation to Continue Initial Case Management Conference and Related Deadlines (Dkt. No. 21) in the above-captioned action and for good cause appearing,

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The Initial Case Management Conference is continued to September 21, 2012 at 1:30 p.m. and the Parties shall file a Joint Case Management Statement no later than September 14, 2012.

**IT IS SO ORDERED.**

DATED: September 5, 2012

_____
United States District Judge

- 1 -
ORDER RE STIPULATION TO CONTINUE CMC