WYRICK ROBBINS YATES & PONTON LLP
  A Limited Liability Partnership
R. ANTHONY YOUNG (Bar No. 202473)
  tyoung@wyrick.com
SAMUEL A. SLATER (Pro Hac Vice)
  sslater@wyrick.com
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
Telephone:   919.781.4000
Facsimile:   919.781.4865

SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SCOTT E. HENNIGH, (Bar No. 184413)
  shennigh@sheppardmullin.com
MEREDITH A. JONES-MCKEOWN, (Bar No. 233301)
  mjonesmckeown@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

Attorneys for Plaintiff:
OVERTURE NETWORKS, INC.

Gerald E. Hawxhurtz (Bar No. 220327)
  jerry@cronehawxhurst.com
Nicholas T. Spencer (Bar No. 262197)
  nspencer@cronehawxhurst.com
Joshua P. Gelbart (Bar No. 274021)
  jgelbart@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:   (310) 893-5150
Facsimile:   (310) 893-5195

Attorneys for Defendant
Micron Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OVERTURE NETWORKS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICRON TECHNOLOGY, INC. a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | Case No.:  CV12-03439 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE MEDIATION COMPLETION DATE** |

　　　　WHEREAS, pursuant to the Court's Case Management Order, private mediation is to be completed by November 30, 2012;

1  WHEREAS, the parties have agreed to engage the Hon. Terry B. Friedman (Ret.) as mediator, and had reserved November 28, 2012 as the date of mediation, to be held at JAMS' office in Santa Monica, California;

WHEREAS, the parties agree that to engage in a meaningful settlement discussion, additional time is required to gather relevant information and complete some initial discovery;

WHEREAS, Judge Friedman and the parties are currently available to attend a mediation session on December 19, 2012, and have reserved that date;

Based upon the foregoing, IT IS HEREBY STIPULATED AND AGREED TO by and between the parties, through their respective counsel of record, that the private mediation completion date shall be extended from November 30, 2012 to January 11, 2013.

Respectfully Submitted,

Dated:  November 28, 2012          WYRICK ROBBINS YATES & PONTON LLP

By      /s/  R. Anthony Young
             R. ANTHONY YOUNG

Attorneys for Plaintiff
OVERTURE NETWORKS, INC.

CRONE HAWXHURST LLP

By      /s/  Gerald E. Hauxhurst
             GERALD E. HAUXHURST

Attorneys for Defendant
MICRON TECHNOLOGIES, INC.

**ORDER**

**IT IS SO ORDERED**.

Dated: December 3 , 2012

**HONORABLE JEFFREY S. WHITE**
United States District Judge