United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTURE NETWORKS, INC., | Case No. 12-3439 JSW (JSC) |
| Plaintiff, | ORDER RE: DISCOVERY LETTER |
| v. | |
| MICRON TECHNOLOGY, INC., | |
| Defendant. | |

The Court is in receipt of joint discovery letter brief (Dkt. No. 38) regarding the production of documents by non-party Sanmina Corporation in response to a subpoena issued by Defendant Micron Technology, Inc.  Counsel for these parties are ordered to appear in person on **January 31, 2013 at 9:00 a.m**. in Courtroom F, 450 Golden Gate Avenue, San Francisco.  Counsel will then be directed to meet and confer in person in an attempt to resolve, or at least narrow, the parties' dispute.  If any dispute remains as of 11:00 a.m., the Court will hear argument at that time.

**IT IS SO ORDERED.**

Dated: January 25, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE