**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERTURE NETWORKS, INC, | |
|     Plaintiff, | No. C 12-03439 JSW |
| v. | |
| MICRON TECHNOLOGY, INC, | **ORDER OF DISMISSAL** |
|     Defendant. | |

In accordance with the Plaintiff's notice re subject matter jurisdiction, having been made aware that this Court lacks subject matter jurisdiction because the parties lack complete diversity, the Court HEREBY DISMISSES the action.

**IT IS SO ORDERED.**

Dated: February 6, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE